1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTHUR EUGENE TYES,

11              Petitioner,                    No. 2:12-cv-01755 WBS DAD P

12       vs.

13   L.S. McEWEN,

14              Respondent.                    <u>ORDER</u>

15   _____/

16              Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  On November 30, 2012, respondent filed a motion to

18   dismiss the pending petition as having been untimely filed.  Petitioner has not filed an opposition

19   to the motion.  Local Rule 230(l) provides in part:  "Failure of the responding party to file an

20   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21   the granting of the motion . . . ."

22              Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of

23   the date of this order, petitioner shall file and serve an opposition to respondent's motion to

24   dismiss and shall show cause in writing why sanctions should not be imposed for the failure to

25   file a timely opposition.  In the alternative, if petitioner no longer wishes to proceed with this

26   /////

                                                 1

1  matter, he may file a request to dismiss this action without prejudice pursuant to Rule 41(a) of

2  the Federal Rules of Civil Procedure.

3  DATED: January 7, 2013.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:4
   tyes1755.oscopp

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26