1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTHUR EUGENE TYES,

11             Petitioner,              No.  2:12-cv-01755 WBS DAD P

12        vs.

13   L.S. McEWEN,

14             Respondent.             ORDER

15   _____/

16             Petitioner has requested an extension of time to file and serve an opposition to

17   respondent's November 30, 2012 motion to dismiss and show cause why sanctions should not be

18   imposed for his failure to file a timely opposition pursuant to the court's order of January 7,

19   2013.  Good cause appearing, IT IS HEREBY ORDERED that:

20             1.  Petitioner's January 14, 2013 motion for extension of time (Doc. No. 16) is

21   granted; and

22   /////

23   /////

24   /////

25   /////

26   /////

1

1       2.  Within thirty days from the service of this order, petitioner shall file and serve

2   his opposition to respondent's motion to dismiss and his response to the court's order to show

3   cause.

4   DATED: January 18, 2013.

5

6                       Dale A. Drozd

7                    DALE A. DROZD
                 UNITED STATES MAGISTRATE JUDGE

8   DAD:mp/4
tyes1755.111

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26