IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR EUGENE TYES,

    Petitioner,           No.  2:12-cv-01755 WBS DAD P

    vs.

L.S. McEWEN,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve an opposition to respondent's November 30, 2012 motion to dismiss and show cause why sanctions should not be imposed for his failure to file a timely opposition pursuant to the court's order of January 7, 2013.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 14, 2013 motion for extension of time (Doc. No. 16) is granted; and

/////

/////

/////

/////

/////

2. Within thirty days from the service of this order, petitioner shall file and serve his opposition to respondent's motion to dismiss and his response to the court's order to show cause.

DATED: January 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
tyes1755.111

2